UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVE KLEIN, individually and on behalf of  :
all others similarly situated,,             :
                                            :
                                            :    19-cv-03642 (NRB)
                          Plaintiff,         :
                                            :
         v.                                 :
                                            :
                                            :
BOSTON SCIENTIFIC CORPORATION,              :
MICHAEL F. MAHONEY, and DANIEL J.           :
BRENNAN,                                    :
                                            :
                                            :
                          Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/19

### STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A)

Plaintiff Steve Klein and Defendants Boston Scientific Corporation, Michael F.

Mahoney, and Daniel J. Brennan (collectively, "Defendants," and together with Plaintiff, the

"Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and

jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on April 24, 2019, Plaintiff filed the above-captioned securities fraud class

action (ECF No. 1);

WHEREAS the Parties have conferred and agree that this case should be transferred to

the District of Massachusetts for at least the following reasons:

1. The individual Defendants reside and/or work in Massachusetts, and Boston

   Scientific Corporation is a Delaware corporation with its corporate headquarters

   in Marlborough, Massachusetts;

2. the above-captioned action might have been brought in the District of

   Massachusetts under 28 U.S.C. § 1391(b)(1); and

3. the Parties agree that transferring this case to the District of Massachusetts is in the interest of the convenience of Parties and witnesses, likely most of whom are located in Massachusetts. Moreover, transfer to the District of Massachusetts is consistent with the efficient use of judicial resources, as the District of Massachusetts has a lower caseload per judgeship than the Southern District of New York (as of March 31, 2019, the Southern District of New York had a caseload of approximately 680 cases per judgeship, while the District of Massachusetts had a caseload of approximately 400 cases per judgeship). *See* Federal Court Management Statistics -- Profiles (Mar. 31, 2019), *available at* https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0331.2019.pdf.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Massachusetts.

2

Dated: June 14, 2019
       New York, New York

J. Alexander Hood II
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
(646) 581-9966
ahood@pomlaw.com
jalieberman@pomlaw.com

*Counsel for Plaintiff*
*Steve Klein*

Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
alexander.drylewski@skadden.com

James R. Carroll (*pro hac vice*)
Alisha Q. Nanda
Yaw Anim
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800

james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants*
*Boston Scientific Corporation,*
*Michael F. Mahoney, and*
*Daniel J. Brennan*

**IT IS SO ORDERED**.

Dated: *June 18*, 2019

NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

3