UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE KLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, MICHAEL F. MAHONEY, and DANIEL J. BRENNAN,<br><br>Defendants. | Case No. 1:19-cv-11356-FDS<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF STEVE KLEIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Steve Klein ("Klein") and have personal knowledge of the facts set forth herein. I make this Declaration in support of Klein's motion for (i) appointment as Lead Plaintiff for the Class and (ii) approval of Klein's selection of Pomerantz as Lead Counsel and Andrews DeValerio LLP ("Andrews DeValerio") as Liaison Counsel for the Class.

2. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A: Press release published over *Globe Newswire* on April 24, 2019, announcing the pendency of the above-captioned action;

Exhibit B: Shareholder Certification of Klein;

Exhibit C: Loss Chart of Klein;

Exhibit D: Firm resume of Pomerantz; and

Exhibit E: Firm resume of Andrews DeValerio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 24, 2019 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 24, 2019.

*/s/ Daryl Andrews*
Daryl Andrews